**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH MILLER | ) | CASE NO. 3:21-CV-01346-JJH |
| | ) | |
| Plaintiff, | ) | Hon. Judge Helmick |
| | ) | |
| v. | ) | **PARTIAL NOTICE OF DISMISSAL** |
| | ) | |
| PAUL ENGLE, et al. | ) | Michael H. Stahl (0090289) |
| | ) | Stahl and Stephenson LLC |
| Defendants. | ) | 316 N. Michigan Street |
| | ) | Toledo, Ohio 43604 |
| | ) | Phone: (419) 214-0573 |
| | ) | mstahl@stahlandstephenson.com |
| | ) | Trial Counsel for Plaintiff |
| | ) | |

Now comes the Plaintiff, JOSEPH MILLER, and pursuant to the settlement agreement entered into on or about June 10th, 2022, hereby dismisses his claims for injunctive relief asserted in the above captioned suit with prejudice. This Court shall have continuing and exclusive jurisdiction and venue for purposes of enforcing terms of said agreement.

Plaintiff further states that this settlement does not include a release of claims for damage liability on the underlying federal constitutional claims or a future request for attorney fees or punitive damages. This dismissal is strictly confined to the release of all claims for injunctive relief which are asserted or could have been asserted based on the events alleged in the Litigation.

| | |
|---|---|
| So Ordered. | Respectfully submitted, |
| s/ Jeffrey J. Helmick | /s/ Michael H. Stahl |
| United States District Judge | Michael H. Stahl (#97049) |