UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph Miller,                                                   Case No. 3:21-cv-1346

        Plaintiff,

v.                                                              ORDER

Paul Engle, et al.,

        Defendants.

On August 20, 2021, Plaintiff filed a Motion for Temporary Restraining Order seeking injunctive relief related to accommodation of his religion. (Doc. No. 7). Those claims for injunctive relief have now been settled and dismissed with prejudice. (Doc. Nos. 37 & 40). Therefore, Plaintiff's Motion for a Temporary Restraining Order is denied as moot. In turn, Plaintiff's motion to strike Defendants' untimely response brief to the Motion for Temporary Restraining Order is also denied. (Doc. No. 32).

So Ordered.

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge