IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MILLER, | : | |
| | : | Case No. 3:21-cv-1346 |
| Plaintiff, | : | |
| | : | Judge Helmick |
| v. | : | |
| | : | |
| PAUL ENGLE, et al., | : | |
| | : | |
| Defendants. | : | So Ordered. |

s/ Jeffrey J. Helmick
United States District Judge

## JOINT DISMISSAL

Now come the parties, by and through their respective counsel and submit the parties have reached an agreement to settle the case, and as such dismiss the current action in accordance with the settlement.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Michael H. Stahl*
Michael H. Stahl  (0090289)
Stahl and Stephenson LLC
316 N. Michigan Street
Toledo, Ohio 43604
Phone: (419) 214-0573
mstahl@stahlandstephenson.com
Trial Counsel for Plaintiff

 */s/Marcy A. Vonderwell*
MARCY VONDERWELL (0078311)
Senior Assistant Attorney General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/FX: (866) 521-9902
Marcy.Vonderwell@OhioAGO.gov
*Trial Counsel for Defendants*